786

Commonwealth *v.* Sonnet, Appellant.

Submitted November 12, 1973. *Karl John James Sonnet,* appellant, in propria persona; *Robert L. Eberhardt,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The six judges who heard this appeal being equally divided the order is affirmed.

HOFFMAN, CERCONE, and SPAETH, JJ., would remand for a hearing.

SPAULDING, J., absent.

Commonwealth *v.* Spain, Appellant.

Submitted November 13, 1973. *Stephen H. Hutzelman,* for appellant; *R. Gordon Kennedy,* District Attorney, for Commonwealth, appellee.

Order affirmed.

SPAULDING, J., absent.